```
THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Division
HEMANT H. (SHASHI) KEWALRAMANI (Cal. State Bar No.: Pending)
Assistant United States Attorney
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92107
     Telephone: (714) 338-3530
     Facsimile: (714) 338-3708
     E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEMANT H. (SHASHI) KEWALRAMANI | MISC. CR No. SA CM 08-13<br><br>[PROPOSED] ORDER GRANTING LEAVE OF COURT TO PRACTICE ON BEHALF OF THE UNITED STATES OF AMERICA |

For good cause shown, IT IS HEREBY ORDERED that Applicant, HEMANT H. (SHASHI) KEWALRAMANI, is admitted to practice on behalf of the United States of America before this Court for one year from April 23, 2008.

Dated: APR 30 2008

_____
THE HON. ALICEMARIE H. STOTLER
CHIEF United States District Judge

Prepared by:

_____
HEMANT H. (SHASHI) KEWALRAMANI
Assistant United States Attorney